UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 28693
   ROSE M MALLON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3149
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/03/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  64.00%.

     The case was dismissed after confirmation 10/01/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT & T BANKRUPCTY | UNSECURED | 214.86 | 4.04 | 82.03 |
| COLLECTO/CREDIT PAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| SOUTHEASTERN MEDICAL CEN | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHEASTERN MEDICAL CEN | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4044.83 | 115.54 | 1524.15 |
| FINANCIAL ASSET MANAGEME | NOTICE ONLY | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5000.00 | 199.92 | 1368.38 |
| ARROW FINANCIAL SERVICES | UNSECURED | 440.95 | 5.60 | 167.87 |
| JENNIFER A BLANC DOUGE | DEBTOR ATTY | 1,131.00 | | 1,131.00 |
| TOM VAUGHN | TRUSTEE | | | 256.60 |
| DEBTOR REFUND | REFUND | | | 6.87 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,862.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 3,142.43 |
|   INTEREST | | 325.10 |
| ADMINISTRATIVE | | 1,131.00 |
| TRUSTEE COMPENSATION | | 256.60 |
| DEBTOR REFUND | | 6.87 |
| | --------------- | --------------- |
| TOTALS | 4,862.00 | 4,862.00 |

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28693 ROSE M MALLON

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/22/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE